UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TITO DARIEN VASQUEZ,<br><br>　　　　Plaintiff,<br>　　vs.<br>MITSUWA MARKETPLACE, et al.,<br><br>　　　　Defendants. | Case No. SACV 16-00128-DOC (KESx)<br><br>ORDER TO SHOW CAUSE |

On January 27, 2016, Plaintiff filed an "Application to Proceed In Forma Pauperis" (Dkt. 5) and a "Complaint For Damages And Injunctive Relief For Violations Of The Americans With Disabilities Act; California Unruh Civil Rights Act; California Disabled Persons Act; General Negligence." (Dkt. 1.)

On January 28, 2016, the Court conditionally granted Plaintiff leave to proceed in forma pauperis. (Dkt. 8.) Specifically, the Court stated as follows:

> The request of Plaintiff Tito Darien Vasquez to proceed in forma pauperis is hereby granted, but conditioned upon counsel for Plaintiff filing a status report disclosing Plaintiff's settlement income, if any, every 30 days until the termination of this matter. The Court notes that Plaintiff has recently filed ten lawsuits in this court alleging violations of the Americans with Disabilities Act, all of which are pending. If Plaintiff realizes sufficient income from the

settlement of these lawsuits that he can no longer truthfully state "because of my poverty, I am unable to pay the costs of said proceedings," then the Court may revoke Plaintiff's in forma pauperis status and require Plaintiff to pay the standard filing fee per 28 U.S.C. §1914.

(Dkt. 8 at 2.)

The Court takes judicial notice of the Court's docket and notes that Plaintiff recently settled and dismissed one of his several cases filed in this Court entitled <u>Tito Darien Vasquez v. Taqueria De Anda, et al.</u>, Case No. CV 16-00126-JLS (JCGx).

The time for Plaintiff to respond to the Court's January 28, 2016 Order has elapsed and no status report disclosing Plaintiff's settlement income, if any, was filed.

IT THEREFORE IS ORDERED that, on or before **March 18, 2016**, Plaintiff's counsel shall show good cause, if there be any, why a status report was not filed within the 30-day period and why the Court should not revoke Plaintiff's in forma pauperis status and require Plaintiff to pay the full filing fee. Plaintiff shall attempt to show such cause by filing a declaration, signed by Plaintiff under penalty of perjury.

**If Plaintiff's counsel fails to show good cause for his failure to timely file a status report disclosing Plaintiff's settlement income, if any, the Court will recommend that Plaintiff's in forma pauperis status be revoked and require Plaintiff to pay the standard filing fee per 28 U.S.C. § 1914.**

DATED: <u>March 4, 2016</u>

_____
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

2